*Court Of Appeals*
*Fourth Court of Appeals District of Texas*
*San Antonio*


# MEMORANDUM OPINION

No. 04-10-00519-CR

**IN RE** Philip J**. POHL**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting: Karen Angelini, Justice
Sandee Bryan Marion, Justice
Steven C. Hilbig, Justice

Delivered and Filed: August 4, 2010

PETITION FOR WRIT OF MANDAMUS DENIED

On July 15, 2010, relator filed a petition for writ of mandamus. The court has considered relator's petition for writ of mandamus and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* Tex. R. App. P. 52.8(a).

PER CURIAM

DO NOT PUBLISH

---

[1] This proceeding arises out of Cause No. 1102-C, in the 112th Judicial District Court, Sutton County, Texas, the Honorable Pedro Gomez, Jr. presiding.